IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| MISTY SPEARS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION |
| | ) FILE NO.  2:18-cv-152 |
| WAL-MART INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. § 1446, Defendant Wal-Mart Inc. (improperly identified as "Wal-Mart, Inc." by Plaintiff), files this Notice of Removal in the United States District Court for the Southern District of Georgia, Brunswick Division, and invokes this Court's jurisdiction over this matter on the following grounds:

1.

This personal-injury action was commenced on or about September 26, 2018 by the filing of the original Summons and Complaint in the Superior Court of Camden County, Georgia, styled MISTY SPEARS v. WALMART, INC., Civil Action File No. SUCV2018000585. Attached hereto as Composite Exhibit "A" are copies of all pleadings and orders served upon Defendant in such action to date.

2.

This case is subject to removal under 28 U.S.C. § 1332.

3.

Walmart, Inc. is not the proper defendant in this action. (See Exhibit "A", Defendant's First Defense, Answer). Defendant identifies Wal-Mart Stores East, LP as the correct Defendant. Wal-Mart Stores East, LP, is an indirectly, wholly-owned subsidiary of Walmart Inc. which is a Delaware corporation.

4.

WSE Management, LLC is the general partner of Wal-Mart Stores East, LP with its citizenship in Delaware and WSE Investment, LLC is the limited partner of Wal-Mart Stores East, LP with its citizenship in Delaware.

5.

The sole member of WSE Management, LLC and WSE Investment, LLC is Wal-Mart Stores East, LLC (f/k/a Wal-Mart Stores East, Inc.), an Arkansas limited liability company whose principal place of business is Bentonville, Arkansas.

6.

The sole member of Wal-Mart Stores, East, LLC is Wal-Mart Inc.

7.

Wal-Mart Inc. is a publicly traded Delaware corporation whose principal place of business is Bentonville, Arkansas.

8.

Plaintiff is a Florida resident.

9.

With respect to removal on the basis of diversity jurisdiction, this removal is timely because it has been filed within thirty (30) days after receipt by Defendant, through service or otherwise, a copy of an "other paper" from which Defendant ascertained this case is removable. On December 6, 2018, Defendant received Plaintiff's Discovery Responses indicating for the first time that Plaintiff's damages exceeded $75,000.00.[1] (Plaintiff's Responses to Defendant's First Interrogatories).

10.

Plaintiff's Complaint seeks recovery for substantial past and future medical damages. (Exhibit "A", Complaint at ¶ 24, 25, and Plaintiff's Prayer for Relief). Plaintiff's alleged past medical expenses alone are $61,105.00. Plaintiff is continuing to treat for her alleged injuries. (Id.). Plaintiff also seeks general compensatory damages for lost work income and pain and suffering. (Exhibit "A", Complaint at ¶ 24, 25, and Plaintiff's Prayer for Relief. Therefore, the amount in controversy, exclusive of interest and costs, between Plaintiff and Defendant is continuing and will exceed $75,000.00.

11.

This Court has jurisdiction of this matter pursuant to 28 U.S.C. § 1332 (a) because complete diversity exists between the parties and the amount in controversy is continuing and exceeds $75,000.00.

12.

By service of a copy of this Notice of Removal as evidenced by the Certificate of Service attached, Defendants hereby give notice of such removal to Plaintiff.

---

[1] Due to concerns over public accessibility to personal information and HIPAA-protected information, Defendant has not attached the actual responses, but is willing to provide the same to the Court for in-camera review upon request.

Wherefore, Defendant prays that this Court take cognizance and jurisdiction over this claim from the Superior Court of Camden County, Georgia, and that this action shall proceed as removed and under this Court's jurisdiction under 28 U.S.C. §1332.

This 28th day of December, 2018.

        **DREW, ECKL & FARNHAM, LLP**

        /s/ Lisa N. Higgins
        Hall F. McKinley
        Georgia Bar No. 495512
        Lisa N. Higgins
        Georgia Bar No. 352020

777 Gloucester Street, Suite 305    M. Waite Thomas
Brunswick, GA 31520               Georgia Bar No. 617667
Hmckinley@deflaw.com            Attorneys for Defendant
Lhiggins@deflaw.com
Wthomas@deflaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| MISTY SPEARS, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION |
| | ) FILE NO. |
| WAL-MART, INC., | ) |
| Defendant. | ) |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served all parties in this case in accordance with the directives from the Court Notice of Electronic Filing ("NEF"), which was generated as a result of electronic filing and by depositing a copy of same in the U.S. mail, with proper postage prepaid and addressed:

> Bradley S. Robinson
> Farah & Farah, P.A.
> 7 East Congress Street, Suite 605
> Savannah, Georgia  31401

This 28th day of December, 2018.

**DREW, ECKL & FARNHAM, LLP**

/s/ Lisa N. Higgins
Lisa N. Higgins
Georgia Bar No. 352020
Attorney for Defendant

777 Gloucester Street
Suite 305
Brunswick, Georgia 31520
(912) 280-9662
wthomas@deflaw.com