

FILED
John E. Triplett, Acting Clerk
United States District Court
By CAsbell at 1:47 pm, Nov 18, 2020

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

MISTY SPEARS,

    Plaintiff,

v.

WAL-MART STORES EAST, LP,

    Defendant.

CIVIL ACTION NO.: 2:18-cv-152

### SEVENTH AMENDED SCHEDULING ORDER

The Court held a telephonic status conference for this case on November 16, 2020, following a request from the parties to amend deadlines. The parties indicated they are still attempting to conduct a 30(b)(6) deposition. During the conference, the parties agreed to new deadlines. The Court **GRANTS** the parties' oral Motion to Extend Deadlines. Based on the information discussed in the telephonic status conference, the Court sets the below deadlines:

| EVENT | DEADLINE |
| --- | --- |
| Discovery | January 18, 2021[1] |
| Post-Discovery Status Report[2] | January 22, 2021 |
| Post-Discovery Status Conference | January 26, 2021 |
| All Civil Motions (Including *Daubert* Motions; Excluding Motions in Limine) | February 17, 2021 |
| Depositions of All Witnesses Taken for Use at Trial | March 31, 2021 |

---

[1] Written discovery requests shall be served far enough in advance of this deadline to allow timely responses.

[2] A Status Report Form is available on the Court's website www.gasd.uscourts.gov under "forms." The parties are directed to use the content and format contained in this Form when reporting to the Court.

| Proposed Pre-Trial Order | April 30, 2021 |
|---|---|

All other deadlines and instructions in the Court's previous Orders remain in full force and effect.   Docs. 16, 23, 26, 28, 30, 34, 55.

**SO ORDERED**, this 18th day of November, 2020.

_____
BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA